CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 29, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **DENNIS JAMES ROGERS II,** | § | **Chapter 7** |
| | § | |
| **Alleged Debtor.** | § | **Case No. 22-30500-7** |
| | § | |
| | § | |
| **MANDARIN CAPITAL, LLC, a Utah limited liability company,** | § | **Adversary No. 22-03036** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **STEVEN WEBSTER, AARON WEBSTER, DENNIS WOODS, individually, and DENNIS J. ROGERS II, individually and as Trustee of the Montaña Amorosa Revocable Trust,** | § | |
| | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **MANDARIN CAPITAL, LLC, a Utah limited liability company,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**STEVEN WEBSTER, AARON WEBSTER, DENNIS WOODS, individually, and DENNIS J. ROGERS II, individually and as Trustee of the Montaña Amorosa Revocable Trust,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 22-03075** |

**ORDER TO CONSOLIDATE**

To avoid confusion, and for the reasons stated on the record, it is, therefore,

**It is ORDERED** that Adversary No. 22-03075-swe, *Mandarin Capital v Steven Webster, et. al.*, United States Bankruptcy Court, Northern District of Texas, be consolidated into Adversary No. 22-03036-swe, *Mandarin Capital v Steven A. Webster, et al.*, United States Bankruptcy Court, Northern District of Texas.

**It is ORDERED** that all pending motions filed in Adversary No. 22-03075-swe, *Mandarin Capital v Steven Webster, et. al.*, United States Bankruptcy Court, Northern District of Texas, be refiled in Adversary No. 22-03036-swe, *Mandarin Capital v Steven A. Webster, et al.*, United States Bankruptcy Court, Northern District of Texas, and that all future filings also be made in Adversary No. 22-03036-swe.

**It is ORDERED** that the *Agreed Scheduling Order* filed in No. 22-03036-swe, *Mandarin Capital v Steven A. Webster, et al.*, United States Bankruptcy Court, Northern District of Texas

(Dkt. 25) remains in full force and effect, and that it controls over any conflicting order entered in Adversary No. 22-03075-swe.

**It is further ORDERED** that all future filings shall bear the following caption:

| | | |
|---|---|---|
| **In re:** | § | |
| **DENNIS JAMES ROGERS II,** | § | **Chapter 7** |
| **Alleged Debtor.** | § | **Case No. 22-30500-7** |
| **MANDARIN CAPITAL, LLC, a Utah limited liability company,** | § | |
| **Plaintiff,** | § | **Adversary No. 22-03036** |
| **vs.** | § | **(Consolidated with Adv. No. 22-03075)** |
| **STEVEN WEBSTER, AARON WEBSTER, DENNIS WOODS, individually, and DENNIS J. ROGERS II, individually and as Trustee of the Montaña Amorosa Revocable Trust,** | § | |
| **Defendants.** | § | |

**# # # End of Order # # #**

**AGREED AS TO FORM AND SUBSTANCE:**

**BAKER BOTTS L.L.P.**

By: /s/ David R. Eastlake
David R. Eastlake
Texas Bar No. 24074165
*david.eastlake@bakerbotts.com*
BAKER BOTTS L.L.P.
910 Louisiana Street, Suite 3200
Houston, Texas 77002
Telephone: (713)229-1234
Facsimile: (713) 229-1522

**BRADLEY ARANT BOULT CUMMINGS LLP**

By: /s/ Meghan Dawson McElvy
Meghan Dawson McElvy
Texas Bar No. 24065127
*mmcelvy@bradley.com*
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis Street, Suite 4800
Houston, Texas 77002
Telephone: (713) 576-0314
Facsimile: (713-576-0301

***Counsel for Defendants Steven A. Webster, Aaron Webster, and Dennis Woods***

**LYNN PINKER HURST & SCHWEGMANN, LLP**

By: /s/ Sara H. Chelette
Christopher W. Patton
Texas Bar No. 24083634
*cpatton@lynnllp.com*
Sara H. Chelette
Texas Bar No. 24046091
*schlette@lynnllp.com*
Travis D. Jones
Texas Bar No. 24101978
*tjones@lynnllp.com*
LYNN PINKER HURST & SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

Mark Stromberg
Texas Bar No. 19408830
*mark@strombergstock.com*
STROMBERG STOCK
Campbell Centre I
8350 North Central Expressway, Suite 1225
Dallas, Texas 75206
Telephone: (972) 458-5353
Facsimile: (972) 861-5339

***Counsel for Plaintiff Mandarin Capital, LLC***

By: */s/ Dennis J. Rogers II*

Dennis J. Rogers II
6520 Del Norte Lane
Dallas, Texas 75225
(575) 649-5004
*dennis.rogers@omtcinc.com*

***Pro Se Defendant***